UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
NORAH NORTH,

                                  Plaintiff,

    -against-

P&B CAPITAL GROUP, LLC,

                                  Defendant.
-------------------------------------------------------------------------------X

19-cv-02606-AT

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff, Norah North, and counsel for the defendant, P&B Capital Group, LLC, as follows:

        1.     Defendant's time to respond to the Plaintiff's complaint, which was filed on March 26, 2019, is extended from April 30, 2019 to May 24, 2019.

Dated:  New York, New York
           May 7, 2017

| By: | */s/ Thomas A. Leghorn* | By: | */s/ Brian L. Bromberg* |
|---|---|---|---|
| | Thomas A. Leghorn, Esq. | | Brian L. Bromberg, Esq. |
| | London Fischer LLP | | Bromberg Law Office, P.C. |
| | *Attorneys for Defendant* | | *Attorneys for Plaintiff* |
| | 59 Maiden Lane | | 26 Broadway, 21st Floor |
| | New York, New York 10038 | | New York, New York 10004 |
| | (212) 972-1000 | | 212-248-7906 |

**SO ORDERED.**

_____      Date:\_\_\_\_
USDJ

{N1467727.1 }