```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NORAH NORTH,

                Plaintiff,

    -against-

P&B CAPITAL GROUP, LLC,

                Defendant.
-------------------------------------------------------------------X

19-cv-02606-AT

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff, Norah North, and counsel for the defendant, P&B Capital Group, LLC, as follows:

    1.    Defendant's time to respond to the Plaintiff's complaint, which was filed on March 26, 2019, is extended from April 30, 2019 to May 24, 2019.

Dated: New York, New York
         May 7, 2017

By:  /s/ Thomas A. Leghorn             By:  /s/ Brian L. Bromberg
     Thomas A. Leghorn, Esq.                  Brian L. Bromberg, Esq.
     London Fischer LLP                       Bromberg Law Office, P.C.
     *Attorneys for Defendant*                 *Attorneys for Plaintiff*
     59 Maiden Lane                              26 Broadway, 21st Floor
     New York, New York 10038              New York, New York 10004
     (212) 972-1000                               212-248-7906

SO ORDERED.

Dated: May 7, 2019
         New York, New York

_____
ANALISA TORRES
United States District Judge

{N1467727 1 }