# LONDON FISCHER LLP
### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 MCCABE WAY, SUITE 100 | (212) 972-1000 | 355 S. GRAND AVENUE, SUITE 2450 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90071 |
| TELEPHONE: (949) 252-0550 | WWW.LONDONFISCHER.COM | TELEPHONE: (213) 943-1409 |
| FACSIMILE: (949) 252-0553 | | FACSIMILE: (213) 943-1412 |

May 23, 2019

Judge Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Nora North v. P&B Capital Group, LLC*
     S.D.N.Y. Index No.: 19-cv-02606

Dear Judge Torres:

My office represents the defendant P&B Capital Group, LLC in the above-referenced action. I write to request an extension of time to respond to the complaint in this matter up to June 7, 2019.

Pursuant to Your Honor's Individual Practices, Section I.C, I provide the following: (1) the original due date was April 30, 2019; (2) there was one previous request for an extension (a three-week extension from April 30 to May 24) which this Court granted; (3) the basis for the request is that the parties are currently discussing whether an early resolution can be reached; (4) plaintiff's counsel consents to the requested extension.

Additionally, the initial pretrial conference is presently scheduled for June 11, 2019, with the joint letter being due by June 4, 2019. P&B Capital Group, LLC, on consent of the plaintiff, also requests that these dates be extended to a later date that is convenient with the Court.

Should Your Honor have any questions or concerns, please do not hesitate to contact me at (212) 331-9547. We thank the Court for its attention to and consideration of this matter.

Very truly yours,
**LONDON FISCHER LLP**

/s/ Sheryl T. Parker

Sheryl T. Parker

STP/lmn

{N1478643.1}