USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2019

# LONDON FISCHER LLP
### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

(212) 972-1000
FACSIMILE: (212) 972-1030
WWW.LONDONFISCHER.COM

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

35_ _. _. _____ _____, ____ _ ___
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213) 943-1409
FACSIMILE: (213) 943-1412

May 23, 2019

Judge Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nora North v. P&B Capital Group, LLC*
S.D.N.Y. Index No.: 19-cv-02606

Dear Judge Torres:

My office represents the defendant P&B Capital Group, LLC in the above-referenced action. I write to request an extension of time to respond to the complaint in this matter up to June 7, 2019.

Pursuant to Your Honor's Individual Practices, Section I.C, I provide the following: (1) the original due date was April 30, 2019; (2) there was one previous request for an extension (a three-week extension from April 30 to May 24) which this Court granted; (3) the basis for the request is that the parties are currently discussing whether an early resolution can be reached; (4) plaintiff's counsel consents to the requested extension.

Additionally, the initial pretrial conference is presently scheduled for June 11, 2019, with the joint letter being due by June 4, 2019. P&B Capital Group, LLC, on consent of the plaintiff, also requests that these dates be extended to a later date that is convenient with the Court.

Should Your Honor have any questions or concerns, please do not hesitate to contact me at (212) 331-9547. We thank the Court for its attention to and consideration of this matter.

Very truly yours,
LONDON FISCHER LLP

/s/ Sheryl T. Parker

Sheryl T. Parker

---

GRANTED. By **June 7, 2019**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for June 11, 2019 is ADJOURNED to **June 18, 2019**, at **11:50 a.m.** By **June 11, 2019**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 23, 2019
New York, New York

ANALISA TORRES
United States District Judge