UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Nora North

Plaintiff,

Case No. 19-CV-2606 (AT)

-against-

North v. P&B Capital Group, LLC     Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Brian Lewis Bromberg_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BB 6264          My State Bar Number is: 2441947

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Bromberg Law Office, P.C.
            FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
            FIRM TELEPHONE NUMBER: 212-248-7906
            FIRM FAX NUMBER: 212-248-7908

NEW FIRM:   FIRM NAME: Bromberg Law Office, P.C.
            FIRM ADDRESS: 26 Broadway, 27th Floor, NY, NY 10004
            FIRM TELEPHONE NUMBER: 212-248-7906
            FIRM FAX NUMBER: 212-248-7908

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/2/2019                    /s/ Brian Lewis Bromberg
                                   ATTORNEY'S SIGNATURE