```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORA NORTH,

                            Plaintiff,

        -against-                                    19 Civ. 2606 (AT)

P&B CAPITAL GROUP, LLC,                              **ORDER**

                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/12/2019_

ANALISA TORRES, District Judge:

    On May 23, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by June 11, 2019.  ECF No. 12.  Those submissions are now overdue.  Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **June 13, 2019**.

    SO ORDERED.

Dated: June 12, 2019
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge