UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORA NORTH,

               Plaintiff,

-against-

P&B CAPITAL GROUP, LLC,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/12/2019_

19 Civ. 2606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle, ECF No. 16, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.[1]

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: June 12, 2019
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge

---

[1] Plaintiff requests that the Court "issue an order of dismissal with leave to restore the case within 90 days, in the unlikely event a motion for enforcement should be necessary." ECF No. 16. The Court notes, however, that Plaintiff may bring her motion for enforcement after the above-mentioned thirty-day period expires, as long as the parties submitted the settlement agreement to the Court within the same thirty-day period.